Robinson v. N.C. Farm Bureau Ins. Co.

HOWARD N. ROBINSON, JR. v. NORTH CAROLINA FARM BUREAU IN-
SURANCE COMPANY

No. 323PA87

(Filed 3 February 1988)

ON discretionary review of the decision of the Court of Appeals, 86 N.C. App. 44, 356 S.E. 2d 392 (1987), vacating an order of partial summary judgment entered by *Burroughs, J.,* on 12 February 1986 in Superior Court, GASTON County. Heard in the Supreme Court on 10 December 1987.

*Whitesides, Robinson, Blue & Wilson, by Henry M. Whitesides, for plaintiff-appellee.*

*Caudle & Spears, P.A., by Harold C. Spears and Lloyd C. Caudle for defendant-appellant.*

PER CURIAM.

After hearing oral argument and considering the new briefs, the Court concludes that discretionary review was improvidently allowed.

Discretionary review improvidently allowed.